UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                  Case No. 8:07-cr-131-T-24TGW

TODD JESKE,

    Defendant.
_____

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for a Forfeiture Money Judgment, **which, at sentencing, shall be a final judgment of forfeiture as to defendant Todd Jeske's interest in property subject to forfeiture.**

The Court, being fully advised in the premises, hereby finds that the government has established that the amount of proceeds that the defendant obtained as a result of his bank robbery offenses, in violation of 18 U.S.C. §§ 2113(a) and 2 for which the defendant pled guilty, was $12,201.25 in United States currency. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that for good cause shown, the motion of the United States is GRANTED.

IT IS FURTHER ORDERED that defendant Todd Jeske is jointly and severally liable for a forfeiture money judgment in the amount of $12,201.25 in United States currency, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C),

28 U.S.C. § 2461(c) and Rule 32.2(b)(2).

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, and to entertain any third party claims that may be asserted in those proceedings.

DONE and ORDERED in Chambers in Tampa, Florida, this 15th day of July, 2007.

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies to:
Tonya L. Shotwell, AUSA
Counsel of Record